IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNEDY HOUSE, INC., | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | NO. 11-2477 |
| v. | : | |
| MONIQUE HOFKIN, et al., | : | |
| Defendants. | : | |

**AND NOW**, this 31st day of May, 2011, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand (Dkt. No. 2) is **GRANTED**;

2. This civil action is **REMANDED** to the Court of Common Pleas of Philadelphia County; and

3. The Clerk's Office shall **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES, II      J.